# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00263-CR

**Wendell Loy Nielsen, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF SCHLEICHER COUNTY, 51ST JUDICIAL DISTRICT
### NOS. 1013, 1014, & 1015, THE HONORABLE ROBERT H. MOORE III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Wendell Loy Nielsen has filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Goodwin

Dismissed on Appellant's Motion

Filed: August 10, 2012

Do Not Publish